# Velva L. Price
## Travis County District Clerk
### Travis County Courthouse Complex
### P.O. Box 679003
### Austin, Texas 78767-9003



Received via e-mail 11/18/15

October 23, 2015

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

**RE: 03-15-00619-CV;     D-1-GN-14-002465**

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-14-002465 and Court of Appeals number 03-15-00619-CV, styled, KEITH WILEY V MARQUE AUSTIN COMMONS, is due in your office October 26, 2015. This office has not received payment or a designation of clerk's record as of today, October 23, 2015.

Thank you for your consideration.

If you have any questions, please contact me at (512) 854-5835.

Sincerely,

Trish Winkler
Deputy Court Clerk II
(512) 854-4309